# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

MAR 1 5 2004

Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Clerk:      M Garcia
ERO:        B Vasquez
Law Clerk:  M Knicley
CSO:        Figueroa

Date:       March 15, 2004 at 2:25 p.m.

## CV NO. B-03-194 (HGT)

DIRECTV, INC.                *           L Chaney

vs

AARON VOREIS                 *

### INITIAL PRETRIAL & SCHEDULING CONFERENCE

L Chaney present for Plaintiff;
Counsel states defendant has not been served and requests another
  30 days for service;

Court grants request;

Court adjourned.