IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, Inc., § | |
| § | |
| Plaintiff, § | |
| § | No. CIV. B-03-194 |
| v. § | |
| § | |
| AARON VOREIS § | |
| § | |
| Defendant. § | |

## PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE ON DEFENDANT AARON VOREIS

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff DIRECTV, Inc. ("Plaintiff") files this Motion for Substitute Service on Defendant AARON VOREIS and would respectfully show the Court as follows:

1. Pursuant to Rule 4(e) of the Federal Rules of Civil Procedure, service may be effected in any judicial district of the United States pursuant to the law of the state in which the district court is located. This court is located in Texas. Rule 106 of the Texas Rules of Civil Procedure provide that a Court may authorize substitute service on a defendant upon motion supported by an affidavit of the process server stating the location of the defendant's usual place of abode, the facts showing attempted personal service and that the attempts have not been successful. Service may be authorized by leaving the summons and complaint with a person over sixteen years of age at the location specified in the affidavit, or in any other manner that the affidavit shows will be reasonably effective to give the defendant notice of the suit.

2. Plaintiff believes it is impractical to secure personal service of process upon AARON VOREIS individually. As stated in the attached affidavit of private process server numerous attempts at personal service have been made upon AARON VOREIS at his home address: 40 Casa Grande, Brownsville, Texas, 78521.

PLTS. MT. FOR SUBSTITUTED SERVICE ON DEFENDANT                                    PAGE 1

3. This address stated above is believed to be that of AARON VOREIS. Defendant can be given notice of this suit by delivering a copy of the summons with the complaint attached to anyone not less than sixteen years of age at AARON VOREIS' usual place of abode, or by affixing or posting it to the main door at AARON VOREIS' residence.

WHEREFORE, Plaintiff requests that the Court order substitute service upon Defendant in this manner, that a true copy of the order be attached thereto and included with the summons and complaint so served, and that Plaintiff have such other and further relief to which it may be justly entitled.

Respectfully submitted,
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____
Lecia L. Chaney
State Bar No. 00785757
Fed. I.D. #16499
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

OF COUNSEL:

GREER, HERZ & ADAMS, L.L.P.

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765

**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF SERVICE

Not necessary at this time. Dated this 2nd day of April, 2004.

_____
Lecia L. Chaney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. CIV. B-03-194 |
| v. | § | |
| | § | |
| AARON VOREIS | § | |
| | § | |
| Defendant. | § | |

### AFFIDAVIT OF PRIVATE INVESTIGATOR LUIS SAENZ
### IN SUPPORT OF PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE ON
### DEFENDANT AARON VOREIS

BEFORE ME, the undersigned authority, on this day personally appeared Luis A. Saenz, Licensed Private Investigator and Civil Processor who under oath stated as follows:

1. My name is Luis Saenz. I am over the age of eighteen years, of sound mind, have never been convicted of a crime and am fully competent to make this affidavit, am not a party to or interested in the above-styled and numbered cause. The facts stated herein are within my personal knowledge and are true and correct.

2. I have personally attempted to deliver said summons and complaint to Defendant AARON VOREIS at his residence, 40 Casa Grande, Brownsville, Texas, 5 times at varying times of the day but have been unsuccessful.

    01-08-04 at 5:40 p.m., address of 40 Casa Grande, Brownsville, Texas. No contact but observed building permit attached to the porch and noticed that repairs were being done to the back porch. Spoke to a neighbor who confirmed that Voreis resided at the residence.

    01-14-04 at 5:10 p.m., contact was attempted but no one was home.

    01-17-04 at 11:52 a.m., contact was attempted but no one was home.

    03-05-04 at 3:15 p.m., contact was attempted but no one was home.

03-07-04 at 3:00 p.m., contact was attempted but no one was home. Roof is now being repaired and there was a travel trailer parked along side of the home.

3.  I believe that Defendant AARON VOREIS will receive the summons and complaint if a copy of the citation with petition attached is delivered to anyone not less than sixteen years of age at Mr. Voreis' usual place of abode, or affixed or posted to the main door at his residence.

Further affiant saith not.

Luis A. Saenz
Private Investigator/Civil Processor

**SUBSCRIBED AND SWORN TO BEFORE ME**, the undersigned authority, on this 30th day of MARCH, 2004.



ZITA MORENO
Notary Public, State of Texas
My Commission Expires
June 21, 2006

Notary Public, State of Texas