IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | United States District Court<br>Southern District of Texas<br>ENTERED |
| Plaintiff, | § | APR 0 8 2004 |
| | § | Michael N. Milby, Clerk of Court<br>By Deputy Clerk |
| v. | § | No. CIV. B-03-194 |
| AARON VOREIS | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE ON DEFENDANT AARON VOREIS

On this day came to be heard the Plaintiff's Motion for Substitute Service on Defendant AARON VOREIS (the "Motion"). Having considered the Motion, the Court is of the opinion that it is impractical to serve AARON VOREIS in person, and that the manner of service ordered herein will be reasonably effective to give the Defendant notice of this suit.

IT IS, ACCORDINGLY, ORDERED that the Motion be, and is hereby GRANTED and that service upon AARON VOREIS be effected by delivering a copy of the summons with complaint attached to anyone not less than sixteen years of age at AARON VOREIS' usual place of abode, or by affixing or posting it to the main door at AARON VOREIS' residence.

SIGNED this 6th day of April, 2004.

JUDGE PRESIDING

xc:   Lecia L. Chaney
      Rodriguez, Colvin & Chaney
      1201 E. Van Buren
      P.O. Box 2155
      Brownsville, Tx 78522-2155