UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 5 2004

Michael N. Milby
Clerk of Court

DIRECTV, INC.

　　Plaintiff

VS.

AARON VOREIS

　　Defendant

SUMMONS IN A CIVIL CASE:

CASE NUMBER: B-03-194

TO: AARON VOREIS
40 Casa Grande
Brownsville, Tx 78521

**YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:**

Lecia L. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren
P.O. Box 2155
Brownsville, Tx 78522-2155
(956) 542-7441
(956) 541-2071 fax

**An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.**

Michael N. Milby, Clerk

CLERK

_____
BY DEPUTY CLERK

11-3-03

DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: 04-03-04 at 2:15pm |
| TITLE Luis A. Saenz, Process Server | |

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant.

Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Dolores Munoz - Girlfriend at Yorei's Residence at 40 Casa Grande, Brownsville, Texas.

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

_Luis A. Saenz_
Signature of Server

P.O. Box 5206
Address of Server
McAllen, Texas 78502-5206

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF NON-MILITARY STATUS

THE STATE OF TEXAS §
§
COUNTY OF __Hidalgo__ §

BEFORE ME, the undersigned authority, on this day personally appeared __Luis A. Saenz__ a person having knowledge of the matters hereinafter set forth and who is personally known to me and first being duly sworn according to law, upon his oath deposed and said:

My name is __Luis A. Saenz__. I am over eighteen (18) years of age, I reside in __Hidalgo__ County, __Texas__. I have never been convicted of a felony, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

__Aaron Voreis__ is not in the military services as a member of the Armed Forces of the United States of America. On __04-03__, 2004, I:

__ personally spoke to _____ and he/she indicated that he/she is not in the military services as a member of the Armed Forces of the United States of America;

_X_ personally spoke to __Dolores Munoz__ who indicated that they personally know __Aaron Voreis__ and that (he)/she is not in the military services as a member of the Armed Forces of the United States of America;

_____
_____
_____

[If other, please explain facts showing non-military status]

_Luis A. Saenz_ (signature)
__Luis A. Saenz__ [Printed Name of Affiant]

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 5th day of April, 2004, to certify which witness my hand and official seal.

ZITA MORENO
Notary Public, State of Texas
My Commission Expires
June 21, 2006

NOTARY PUBLIC in and for
The State of Texas