IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 2 3 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, Inc., <br> **PLAINTIFF** | § § § § |
| VS. | § § § B-03-194-5 <br> JURY TRIAL DEMANDED |
| AARON VOREIS <br> **DEFENDANT** | § § § |

## ORIGINAL ANSWER OF DEFENDANT AARON VOREIS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **AARON VOREIS** Defendant, and files this his **ORIGINAL ANSWER** to the Complaint filed by **DIRECTV, Inc.** and for reply Defendant Aaron Voreis answers the Plaintiff's Adversary Complaint in the above entitled action as follows:

1. Defendant Aaron Voreis is unable to admit or deny the allegations of paragraphs **1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 16, 17, 18, 20, 25, 29, 34, 38, 43, 49** and **50,** of Plaintiff's Complaint, as Defendant does not have sufficient facts or information to respond, and on that basis generally denies each and every allegation.

2. In answer to Paragraphs **10, 13,15, 24,26, 32, 36, 40, 48, 51** of Plaintiff's Complaint, wherein Plaintiff adopts by Reference to foregoing paragraphs of the complaint, Defendant Aaron Voreis admits, denies, and alleges to the same effect and in the same manner as Defendant admitted, denied, and alleged to those specific paragraphs above of this answer.

3. Defendant Aaron Voreis admits the allegations of paragraph **14,** that Defendant resides in the Southern District of Texas, but denies the remainder of the allegations contained in paragraph **14.**

4. Defendant Aaron Voreis denies the allegations of paragraph **19,** that Defendant purchased electronic devices that are illegal and further denies the allegations that any purchase constituted "Pirate Access Devices " or "illegal devices " as Plaintiff's allege. Defendant does admit that certain electronic devices were purchased through on -line stores for use of his business.

5. Defendant Aaron Voreis does admit the allegations of the Complaint that he is sometimes referred to as Defendant.

6. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph 21 and Defendant denies the allegations and innuendo contained in the complaint that Defendant did some "illicit act", displayed programming without authorization, used "pirate devices" effected unauthorized interception, used illegal satellite decoding devices, or manipulated the satellite system authorized to carry satellite programming.

7. Defendant admits the allegations of paragraph 22, that he maintained a dish capable of receiving satellite programming on television monitors that would unscramble and exhibit an electronic signal. However, Defendant did these acts with authorization of the Plaintiff as Defendant was at all relevant times a paid subscriber to DirecTV's programming. Defendant denies the balance of the allegations contained in paragraph 22.

8. Defendant denies the allegations in paragraph 23, and specifically denies that he engaged in an enterprise to distribute and or sell the "devices" from the DSSPRO, and further denies any profit from any "enterprise".

9 Defendant Aaron Voreis denies each and every allegation set forth in paragraph 27 and specifically denies that he used illegal satellite devices or manipulated the satellite system.

10. Defendant Aaron Voreis denies each and every allegation set forth in paragraph 28 and specifically denies that this Defendant violated federal law or performed any of the acts identified in this allegation.

11.Defendant Aaron Voreis denies each and every allegation set forth in paragraph 29 and specifically denies that this Defendant violated federal law or that Plaintiff is a person that is aggrieved by this Defendant's violations and or authorized to institute this action.

12 Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph 30 that Defendant has violated 47 U.S.C.§ 605 and or authorized to institute this action against one of Plaintiff's customers.

13. Defendant Aaron Voreis specifically denies that statutory damages are allowed in the factual circumstances surrounding this action as alleged in paragraph **31**, Plaintiff's Complaint.

14. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph **35** and would state that Plaintiff is not entitled to any damages.

15. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph **37** and this Defendant specifically denies that he intentionally possessed, manufactured and / or assembled an electronic device for the purpose that Plaintiff contends in this paragraph.

16. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph **39**, as there was no wrongful conduct as Plaintiff contends.

17. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph **41** and would additionally deny that this Defendant actively programmed and or reprogrammed DIRECTV access cards and or designed programming or illegally inserted programmed access cards into valid DIRECTV receivers or engaged in the assembly and/or modification of devices primarily of assistance in the unauthorized decryption of satellite programming.

18. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph **42** as Defendant's conduct is not violative of any federal statute.

19. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph **45** as this Defendant has not converted any property belonging to this Plaintiff.

20. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph **46**

21. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph **47**

22. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph **52** as the conduct of this Defendant requires no restraint or further court order.

23. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph **53** as there were no violations.

24. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph **54** as DIRECTV has adequate remedies at law, as there were no violations.

25. Defendant Aaron Voreis specifically denies each and every allegation set forth in paragraph **55**

As DIRECTV is not entitled to any further equitable or declaratory relief as to this Defendant.

26. Pleading further Defendant denies the allegations and innuendo contained in the complaint that Defendant did some "illicit act" displayed programming without authorization, used "pirate devices" effected unauthorized interception, used illegal satellite decoding devices, or manipulated the satellite system authorized to carry satellite programming or violated 18 USC § 2511.

WHEREFORE PREMISES CONSIDERED, Defendant Aaron Voreis prays that Plaintiffs take nothing by this suit, and that Defendant Aaron Voreis recover all costs together with such other and further relief to which Defendant may be justly entitled, to include attorneys fees.

RESPECTFULLY SUBMITTED,

**R.W. ARMSTRONG, P.C.**
2600 Old Alice Road, Ste A
Brownsville, Texas 78521
Telephone:   (956) 546-5556
Telecopier:   (956) 546-0470

BY: _____
R.W. ARMSTRONG
TBA#01323500
U.S. District Court # 2237

## CERTIFICATE OF SERVICE

I, R.W. Armstrong, hereby certify that a true and correct copy of the foregoing Defendant's Original Answer was this 23d day of April 2004, mailed by certified mail, return receipt requested:

Lecia L. Chaney
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522

_____
R.W. ARMSTRONG

gv/Original Answer/Voreis [04-777]