UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 27 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

DIRECTV, INC.                    *

vs                               *   CIVIL ACTION NO. B03-194

AARON VOREIS                     *


TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**Initial Pretrial & Scheduling Conference**

May 25, 2004, at 2:00 p.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520


                              BY ORDER OF THE COURT

April 27, 2004


cc:    All Counsel