IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| v. | § | No. CIV. B-03-194 |
| AARON VOREIS | § | |
| Defendant. | § | |

## ORDER DENYING DEFENDANT, AARON VOREIS' MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendant, Aaron Voreis' Motion for Summary Judgment. The Court has reviewed the Motion, Plaintiff's response, the summary judgment evidence and the arguments of counsel. The Court finds that Defendant, Aaron Voreis' Motion for Summary Judgment should be denied.

IT IS THEREFORE ORDERED that Defendant, Aaron Voreis' Motion for Summary Judgment is DENIED.

DONE this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

## RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
### ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| EDUARDO ROBERTO RODRIGUEZ<br>NORTON A. COLVIN, JR.<br>MITCHELL C. CHANEY<br>MARJORY C. BATSELL<br>JAIME A. SAENZ*<br>JOSEPH A. (TONY) RODRIGUEZ<br>ALISON D. KENNAMER<br>LECIA L. CHANEY<br><br>OF COUNSEL<br>BENJAMIN S. HARDY (1912-1993)<br>ORRIN W. JOHNSON<br>NEIL E. NORQUEST<br>CHRIS A. BRISACK<br>RAYMOND A. COWLEY‡ | 1201 EAST VAN BUREN<br>P. O. BOX 2155<br>BROWNSVILLE, TEXAS 78522<br>TELEPHONE (956) 542-7441<br>TELECOPIER (956) 541-2170<br>www.rcclaw.com | LAURA J. URBIS<br>R. PATRICK RODRIGUEZ<br>ROSAMARIA VILLAGÓMEZ-VELA<br>TERI L. DANISH<br>SARAH A. NICOLAS<br>SHAWN MATHIS ISBELL<br>CHRISTOPHER E. MOORE<br>LINDA L. MALONEY<br><br>*BOARD CERTIFIED IN PERSONAL<br>INJURY TRIAL LAW<br>TEXAS BOARD OF LEGAL SPECIALIZATION<br><br>‡BOARD CERTIFIED IN LABOR AND<br>EMPLOYMENT LAW<br>TEXAS BOARD OF LEGAL SPECIALIZATION |

September 24, 2004

R.W. Armstrong
2600 Old Alice Rd., Ste. A
Brownsville, TX 78521

Re: *DirecTV v. Aaron Voreis*
In the Southern District of Texas, Brownsville Division
File No. 19,479

Dear Ron:

At the request of the court, I will submit the enclosed order. If you have any objections to it, you may file said objections with the court.

Sincerely yours,

RODRIGUEZ, COLVIN, CHANEY
& SAENZ, LLP

Lecia L. Chaney

/llc
Enc.