IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| | § | No. CIV. B-03-194 |
| v. | § | |
| AARON VOREIS | § | |
| Defendant. | § | |

### ORDER DENYING DEFENDANT, AARON VOREIS' MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendant, Aaron Voreis' Motion for Summary Judgment. The Court has reviewed the Motion, Plaintiff's response, the summary judgment evidence and the arguments of counsel. The Court finds that Defendant, Aaron Voreis' Motion for Summary Judgment should be denied.

IT IS THEREFORE ORDERED that Defendant, Aaron Voreis' Motion for Summary Judgment is DENIED.

DONE this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE