COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | D Ahumada |
| CSO | : | M Agado |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **May 25, 2004 at 2:05 p.m.** |

United States District Court
Southern District of Texas
FILED

MAY 2 5 2004

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-03-194

**DIRECTV, INC.**                    *            Lecia Chaney

vs                                   *

**Aaron Voreis**                     *            Ron Armstrong

---

### INITIAL PRETRIAL CONFERNECE

Lecia Chaney present for Plaintiff;
Ron Armstrong present for Aaron Voreis;

The Court announces a Motion for Summary Judgment has been filed by the defendant;

Consent 636 to proceed before the Magistrate signed in open Court;

The Court issues the scheduling order setting Jury Selection for December 6, 2004 at 09:00 a.m. with Final Pretrial on December 2, 2004 at 09:00 a.m.;

Court adjourned.