===============================================

# UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

===============================================

United States District Court
Southern District of Texas
ENTERED

MAY 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

DIRECTV, INC.                    *

    VS                          *    C.A. NO. B-03-194

AARON VOREIS                     *


## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *Ljeii Chavey* | Directv, Inc | 5-25-04 |
| *R. W. Armstrong* | Aaron Voreis | 5·25·04 |


## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

May 25, 2004
Date

United States District Judge

**NOTE:** RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.