IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § § § | |
| v. | § § | No. CIV. B-03-194 |
| AARON VOREIS | § § § | |
| Defendant. | § | |

**MOTION TO ENLARGE TIME TO FILE PLAINTIFF'S
RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to F.R.C.P. 6, Plaintiff files its Motion to Extend Time to File its Response to Defendant's Motion for Summary Judgment and in support of this Motion shows the Court as follows:

Prior to the Initial Status Conference, Defendant filed a Motion for Summary Judgment in the above referenced matter. Plaintiff's response is due today. Plaintiff's response is substantially complete, however, at the time of the filing of this request, the requisite affidavits to support its response have not yet been received in counsel's office. Rather than file an incomplete response, Plaintiff respectfully requests an additional ten (10) days to file its complete response. Plaintiff supports this Request with the attached affidavit of its counsel. Due to the fact that this matter is in its early stage, Defendant will not be prejudiced by this delay.

Plaintiff prays for the relief sought herein and all other it is entitled to under the law.

        Respectfully submitted,

        RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: *[signature]*
Letia L. Chaney
State Bar No. 00785757
Fed. I.D. #16499
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170
*ATTORNEYS FOR PLAINTIFF, DIRECTV*

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320

**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

DUE TO THE URGENCY IN GETTING THIS MOTION ON FILE, PLAINTIFF WAS UNABLE TO CONTACT THE DEFENDANT TO DETERMINE WHETHER OR NOT HE WAS OPPOSED. IT IS ASSUMED, THEREFORE, THAT DEFENDANT IS OPPOSED.

DATED: JUNE 9, 2004

LECIA CHANEY

## CERTIFICATE OF SERVICE

A COPY OF THIS MOTION WAS SENT TO THE DEFENDANT VIA FACSIMILE ON THE 9TH DAY OF JUNE, 2004 PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE:

R.W. Armstrong, P.C.
2600 Old Alice Rd., Ste. A
Brownsville, 78521

Lecia Chaney

# AFFIDAVIT

THE STATE OF TEXAS §
§
COUNTY OF CAMERON §

BEFORE ME, the undersigned authority, on this day personally appeared Lecia L. Chaney, a person known to me to be the person whose name is subscribed to this affidavit, who being duly sworn did depose and say as follows:

"My name is Lecia L. Chaney. I am over eighteen years of age, and am fully competent and authorized to make this affidavit. I am an attorney of record for DIRECTV, Plaintiff. I have prepared Plaintiff's Motion to Enlarge Time to File Its Response to Defendant's Motion for Summary Judgment. I attest that the information set forth in the Motion are true and correct.

Further Affiant sayeth not."

_____
Lecia L. Chaney

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 9th day of June, 2004.

_____
Notary Public in and for
The State of Texas

Lupita Rocha
_____
Name of Notary, typed or printed

LUPITA ROCHA
Notary Public, State of Texas
My Commission Expires
May 21, 2005

My Commission expires:

05-21-05