IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 1 4 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § § § | |
| v. | § § | No. CIV. B-03-194 (636(c)) |
| AARON VOREIS | § § | |
| Defendant. | § § | |

### ORDER

The Court, having reviewed Plaintiff's Motion to Enlarge Time to File Its Response to Defendant's Motion for Summary Judgment finds that the Motion is meritorious and shall be granted.

IT IS THEREFORE ORDERED that Plaintiff's Response to Defendant's Motion for Summary Judgment be filed on or before the 21st day of June, 2004.

Signed this 14th day of June, 2004 in Brownsville, Texas.

PRESIDING JUDGE