

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc.,<br>*Plaintiff* | §<br>§<br>§<br>§ | |
| vs. | §<br>§<br>§ | B-03-194-5<br>JURY TRIAL DEMANDED |
| AARON VOREIS<br>*Defendant* | §<br>§<br>§ | |

## CERTIFICATE OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, Aaron Voreis, Defendant in the above styled and numbered cause of action, and certifies that Defendant Aaron Voreis has today sent Defendant Aaron Voreis' Responses to Plaintiff's Requests for Admissions to Defendant's attorney via hand delivery on this, the 23rd day of July, 2004.

RESPECTFULLY SUBMITTED,

**R. W. ARMSTRONG & ASSOCIATES**
2600 Old Alice Road, Suite A
Brownsville, Texas 78521-1450
Telephone: (956) 546-5556
Telecopier: (956) 546-0470

R. W. ARMSTRONG
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Certificate of Discovery** was on this the 23rd day of July, 2004, served via hand delivery or US Mail to wit:

Hon. Lecia Chaney
**RODRIGUEZ, COLVIN, & CHANEY L.L.P**
1201 East Van Buren
Brownsville, Texas 78520
(956) 541-2170

_____
R. W. Armstrong