COURTROOM MINUTES: **Felix Recio Judge Presiding**
**Southern District of Texas, Brownsville Division**

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | R D'venturi |
| CSO | : | Zepeda |
| Law Clerk | : | J Schroeder |
| Interpreter | : | not needed |
| Date | : | **August 19, 2004 at 9:10 am** |

United States District Court
Southern District of Texas
FILED

AUG 1 9 2004

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-03-194 (636(a))

**DIRECTV, INC.**              *              Lecia Chaney

vs                             *

Aaron Vories                   *              R Armstrong

---

### HEARING ON MOTION FOR SUMMARY JUDGMENT

Lecia Chaney present for Plaintiff;
Ron Armstrong present for Defendant;

Counsel present on Defendant's Motion for Summary Judgment;
Defense counsel proceeds to argue his Motion for Summary Judgment;

The Court addresses defense counsel;

Plaintiff's counsel replies to the Motion for Summary Judgment;

The Court **DENIES Defendant's Motion for Summary Judgment;**

The Court will allow counsel to re-file Motion to Dismiss, Motion for Summary Judgment;

Court adjourned.