**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

SEP 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| **Plaintiff,** | § | |
| | § | **No. CIV. B-03-194** |
| v. | § | (636(c)) |
| AARON VOREIS | § | |
| **Defendant.** | § | |

## ORDER GRANTING MOTION FOR LEAVE
## TO AMEND PLAINTIFF'S ORIGINAL COMPLAINT

**CAME ON FOR CONSIDERATION**, Plaintiff's Motion for Leave of Court to Amend Plaintiff's Original Complaint, and the Court, after considering the evidence and argument of counsel, is of the opinion that said Motion should be GRANTED; It is therefore

**ORDERED, ADJUDGED and DECREED** that the Plaintiff's Motion for Leave of Court to Amend Plaintiff's Original Complaint is hereby GRANTED.

DONE at Brownsville, Texas, on this ___2d___ day of September, 2004.

_____
JUDGE PRESIDING

copies to:

Lecia L. Chaney
R.W. Armstrong