United States District Court
Southern District of Texas
FILED

OCT 21 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIRECTV, Inc., § | |
| Plaintiff, § | |
| § | No. CIV. B-03-194 |
| v. § | |
| § | |
| AARON VOREIS § | |
| Defendant. § | |

## MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY
### (UNOPPOSED)

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff files its Motion to Extend Time to Conduct Discovery and in support of this Motion shows the Court as follows:

Deadline for discovery is October 22, 2004. Plaintiff and Defendant are in settlement negotiations. Rather than spend additional resources and money on depositions, the parties have agreed to suspend discovery during settlement negotiations. If the case is going to settle, it should do so in the next thirty (30) days. Therefore, Plaintiff requests that the current discovery deadline of October 22, 2004 be extended until November 22, 2004.

Defendant will not be prejudiced by this delay.

Plaintiff prays for the relief sought herein and all other it is entitled to under the law.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.

By: _____
**Lecia L. Chaney**
State Bar No. 00785757
Fed. I.D. #16499
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY                                                                PAGE 1

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

ATTORNEYS FOR PLAINTIFF, DIRECTV

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

Plaintiff has discussed the requested relief with the Defendant and he is not opposed.

Dated: October 20, 2004.

_____
Lecia L. Chaney   by Chris Moore

## CERTIFICATE OF SERVICE

A copy of this Motion was sent to the Defendant via facsimile on the 21st day of October, 2004 pursuant to the Federal Rules of Civil Procedure:

**R.W. Armstrong**
2600 Old Alice Road, Ste. A
Brownsville, Tx 78521
*Attorney for Defendant Aaron Voreis*

_____
Lecia L. Chaney