IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIRECTV, Inc., | § |
| Plaintiff, | § |
| v. | §  No. CIV. **B-03-194** |
| AARON VOREIS | § |
| Defendant. | § |

## ORDER GRANTING UNOPPOSED MOTION TO ENLARGE TIME

Plaintiff's Unopposed Motion to Enlarge Time to Conduct Discovery has been received and considered. The Court finds that the Motion has merit and should be GRANTED.

It is therefore ORDERED, ADJUDGED & DECREED that the deadline for discovery is extended thirty (30) days and discovery is now due on the 22nd day of November, 2004.

Signed this _____ day of _____, 2004 in Brownsville, Texas.

_____
PRESIDING JUDGE