United States District Court
Southern District of Texas
FILED

OCT 29 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIRECTV, Inc., § | |
| Plaintiff, § | |
| § | No. CIV. **B-03-194** |
| v. § | |
| AARON VOREIS § | |
| Defendant. § | |

## AGREED MOTION TO CANCEL HEARING

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff files its Motion to Cancel Hearing on Pending Motions and in support of this Motion shows the Court as follows:

Hearing on Pending Motions is currently set for Monday, November 1, 2004. Neither Plaintiff nor Defendant have any pending motions at this time. Therefore, the Parties request that the hearing on Pending Motions be cancelled.

Parties pray for the relief sought herein and all other it is entitled to under the law.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, L.L.P.

By: _____
Lecia L. Chaney
State Bar No. 00785757
Fed. I.D. #16499
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax    : (956) 541-2170

ATTORNEYS FOR PLAINTIFF, DIRECTV

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF SERVICE

A copy of this Motion was sent to the Defendant via facsimile on the 29th day of October, 2004 pursuant to the Federal Rules of Civil Procedure:

**R.W. Armstrong**
2600 Old Alice Road, Ste. A
Brownsville, Tx 78521
*Attorney for Defendant Aaron Voreis*

Lecia L. Chaney