IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| v. | § | No. CIV. **B-03-194** |
| AARON VOREIS | § | |
| Defendant. | § | |

### ORDER GRANTING AGREED MOTION TO CANCEL HEARING

Plaintiff's Agreed Motion to Cancel Hearing has been received and considered. The Court finds that the Motion has merit and should be GRANTED.

It is therefore ORDERED, ADJUDGED & DECREED that the hearing on Pending Motions is hereby CANCELLED.

Signed this _1st_ day of _November_, 2004 in Brownsville, Texas.

PRESIDING JUDGE **FELIX RECIO**
**UNITED STATES MAGISTRATE JUDGE**