IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
|     Plaintiff, | § | |
| v. | § | No. CIV. **B-03-194** |
| AARON VOREIS | § | |
|     Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

    Plaintiff announces that it has resolved all matters in controversy and thus request that the Final Pre-Trial and Jury Selection, scheduled for December 2nd and 6th, respectively, be cancelled.

    The Parties have agreed to settle the above referenced matter. As soon as the settlement documents and payment have been exchanged, Plaintiff will file a Motion to Dismiss this matter. All matters should be finalized on or before December 17, 2004.

    WHEREFORE, premises considered, Plaintiff announce settlement and request that the Final Pre-Trial and Jury Selection are currently scheduled for December 3rd and 6th, respectively, be cancelled. Final dismissal documents will be filed by the Plaintiff upon receipt of payment by the Defendant.

    The Plaintiff pray for the relief sought herein and all other relief it is entitled to under the law.

    Respectfully submitted,

    RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

    By:   /s/ Lecia Chaney
         **Lecia L. Chaney**
         State Bar No. 00785757
         Fed. I.D. #16499
         **Christopher E. Moore**
         State Bar No. 24011075

Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone:  (956) 542-7441
Telefax    :  (956) 541-2170

ATTORNEYS FOR PLAINTIFF, DIRECTV

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF CONFERENCE

Plaintiff has discussed the requested relief with the Defendant and he is not opposed.

Dated:  December 1, 2004

/s/ Lecia Chaney
Lecia L. Chaney