IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
|     Plaintiff, | § § § | |
| v. | § § | No. CIV. B-03-194 |
| AARON VOREIS | § § § | |
|     Defendant. | § | |

## DIRECTV, INC.'S AMNDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rules of Court, DIRECTV, Inc., Plaintiff in this case, provides the following information to the Court:

DIRECTV, Inc., a California corporation, is a wholly owned subsidiary of DIRECTV Enterprises, LLC, a Delaware Limited Liability Company, which is a wholly owned subsidiary of DIRECTV Holdings, LLC, a Delaware Limited Liability Company, which is a wholly owned subsidiary of The DIRECTV Group, Inc., a Delaware corporation.

The DIRECTV Group, Inc. is 34 percent owned by Fox Entertainment Group, Inc., a Delaware corporation, which is approximately 82% owned by News Corporation, a Delaware corporation.

The shares of The DIRECTV Group, Fox Entertainment Group, Inc. and News Corporation are publicly traded.

Aside from the foregoing, the entities listed herein do not have a connection or interest in this litigation.

                                              Respectfully submitted,

                                              **RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.**

                                              By:   /s/ Lecia Chaney
                                                    **Lecia L. Chaney**
                                                    State Bar No. 00785757
                                                    Fed. I.D. #16499

**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611
1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone  (956) 542-7441
Telefax  (956) 541-2170

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

R.W. Armstrong, P.C.
2600 Old Alice Rd., Ste. A
Brownsville, TX 78521

by certified mail, return receipt requested, facsimile or electronic transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 28th day of January, 2005.

 /s/ Lecia Chaney
Lecia L. Chaney