IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DIRECTV, Inc.,** | § | |
| Plaintiff, | § § § | |
| v. | § § | No. CIV. B-03-194 |
| **AARON VOREIS** | § § § | |
| Defendant. | § | |

## MOTION TO DISMISS WITH PREJUDICE

DIRECTV has resolved all matters in this lawsuit against Defendant **AARON VOREIS**. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant **AARON VOREIS** be dismissed in their entirety and *with prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *with prejudice* against **AARON VOREIS** and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

**RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.**

By:   /s/ Lecia Chaney
**Lecia L. Chaney**
State Bar No. 00785757
Fed. I.D. #16499
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611
1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone   (956) 542-7441
Telefax   (956) 541-2170

**ATTORNEYS FOR PLAINTIFF, DIRECTV, INC.**

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx  77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

R.W. Armstrong, P.C.
2600 Old Alice Rd., Ste. A
Brownsville, TX 78521

by certified mail, return receipt requested, facsimile or electronic transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 7th day of June, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ Lecia Chaney
　　　　　　　　　　　　　　　　　　　　Lecia L. Chaney