United States District Court
Southern District of Texas
ENTERED

JUN 0 8 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATE.S DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIRECTV, Inc., §
§
    Plaintiff, §
§
v. §          No. CIV. B-03-194
§              (636(c))
AARON VOREIS §
§
    Defendant. §

## ORDER GRANTING
## MOTION TO DISMISS WITH PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss with Prejudice, in which the Plaintiff advises the Court that it has resolved all matters in dispute in this lawsuit against **AARON VOREIS** and requested that Plaintiff's claims against Defendant **AARON VOREIS** be dismissed in their entirety and *with prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant **AARON VOREIS** is hereby dismissed *with prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this 8th day of June, 2005 in Brownsville, Texas.

_____
JUDGE PRESIDING